STATE OF NEW JERSEY v. EDDIE BROWN.

May 2, 1973. Petition for certification denied.

NEIL BREMNER v. COUNTY OF HUDSON.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROCCO MACCHIAVERNA.

May 2, 1973. Petition for certification denied.

ELSIE SWEDA v. STANLEY WOZNY.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HIBBS.

May 2, 1973. Petition for certification denied. (See 123 *N. J. Super.* 108, 124, 152).

STATE OF NEW JERSEY v. MICHAEL MELISSAS.

May 2, 1973. Petition for certification denied.